# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

TRIO REALTY, INC.
     Plaintiff

      **v.**

                                          **Civil No. 01-2718(SEC)**

EL DORADO HOMES, INC., et al.
     Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 143**<br>**Motion to Compel** | **GRANTED**. The saga continues. Once again, El Dorado Homes, Inc. ("El Dorado") has had to come to the Court for assistance in compelling Trio Realty, and now, Third Party Defendant, La Mina, to comply with discovery (Docket # 143). Since Trio has informed the Court that the requested documents have been produced (Docket # 144), El Dorado's motion to compel Trio is now **MOOT**. However, La Mina is **ORDERED** to produce the requested discovery by **February 10, 2006 or face the entry of default as to El Dorado's Third Party Complaint**. The Court has previously issued similar warnings but mindful of the seriousness of this sanction it has refrained from doing so. We will not hesitate further. |

| MOTION | RULING |
|---|---|
| **Docket # 143 Motion for Extension of Time to File Motions for Summary Judgment**<br><br>**Docket # 144 Motion for Extension of Time to file Motions for Summary Judgment**<br><br>**Docket # 145 Motion for Extension of Time** | **GRANTED in part and DENIED in part**. El Dorado has requested an extension of the deadline for filing dispositive motions (Docket # 143). Trio and Julio Gil De La Madrid have joined this request (Docket ## 144 & 145). The Court will extend the deadline for another week, however, any dispositive motions received after the new deadline will be stricken from the record. Motions for summary judgment are now due on **February 17, 2006 and oppositions on March 1, 2006**. No requests for extensions of time will be entertained by the Court. |

DATE:   February 7, 2006

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge