UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TRIO REALTY, INC.
    Plaintiff
        v.

                Civil No. 01-2718(SEC)

EL DORADO HOMES, INC., et al.
    Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket # 167 Request for Summary Judgment of Third Party Complaint** | **DENIED**. Julio Gil De La Madrid has filed a motion for summary judgment in Docket # 167. Mr. Gil De La Madrid requests that the Court enter judgment dismissing El Dorado Homes, Inc.'s Third Party Complaint against him. El Dorado has filed an opposition (Docket # 183). Mr. Gil De La Madrid's motion is summarily **DENIED**.<br>    First, Mr. Gil De La Madrid has not submitted any evidence in support of his request. Second, he has failed to comply with Local Rule 56(b) inasmuch as he has not filed a separate statement of uncontested facts, he merely incorporated by reference the statement of facts filed by Trio Realty, Inc. in support of its own request for summary judgment (Docket # 170). We have reviewed those facts and find them unrelated to Mr. Gil De La Madrid's arguments for dismissal– failure to prove individual liability and/or no justification for piercing the corporate veil. Third, Mr. Gil De La Madrid's motion is simply a rehash of his earlier motion to dismiss which the Court addressed in its Opinion and Order of November 18, 2005 (Docket # 114). Per all of the foregoing, we see no need to engage in a lengthy discussion to deny Mr. Gil De La Madrid's motion. |

DATE: September 18, 2006

                                                        S/ Salvador E. Casellas
                                                        SALVADOR E. CASELLAS
                                                        U.S. Senior District Judge